**Order entered February 3, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00894-CV

**ERIC DRAKE, Appellant**

**V.**

**KRISTINA KASTL, Appellee**

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-09-01374-E**

## ORDER

We **DENY** appellant's January 24, 2014 motion for reconsideration of this Court's

January 21, 2014 order denying his request for production of an original tape recording.


/s/     ADA BROWN
            JUSTICE